**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ASHANTI CHEREE-COMBSEZ, | : | Case No. 3:25-cv-282 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ENGLEWOOD HEALTH & | : | |
| REHABILITATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

### NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendants Englewood Health & Rehabilitation and Colleen Gardner filed a Motion to Dismiss on February 20, 2026.  (Doc. #6).  You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **March 16, 2026**.  *See* S.D. Ohio Civ. R. 7.2(a).  If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

February 20, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge